Amy E. Rudley, Esquire (2017)
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 572-7408
Facsimile: (609) 572-7409
arudley@cooperlevenson.com
File No. 56160.00016
Attorney for Defendants, Beacon Metal Co., Inc. d/b/a Beacon Scrap Metal Co., Debra Cameron and Renee Havens

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRYAN TEEL,<br><br>   Plaintiff,<br><br>v.<br><br>BEACON METAL CO., INC. d/b/a BEACON SCRAP METAL CO., DEBBIE CAMERON, and RENEE HAVENS, in their professional and individual capacities,<br><br>   Defendants. | Civil Action No.<br><br>3:21-cv-19023 ZNQ-TJB<br><br>**STIPULATION OF DISMMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against any party.

| | |
|---|---|
| COOPER LEVENSON, P.A. | THE LAW OFFICES OF<br>CHRISTOPHER Q. DAVIS |
| By: /s/ Amy E. Rudley<br>  AMY E. RUDLEY, ESQUIRE<br>  Attorney for Defendants, Beacon Metal Co., Inc. d/b/a Beacon Scrap Metal Co., Debbie Cameron and Renee Havens | By: _____<br>  CHRISTOPHER Q. DAVIS, ESQUIRE<br>  Attorney for Plaintiff |

DATED: 12/22/2022

CLAC 7219704.1

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 12/23/2022